# MEMORANDA

## OF

### DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 4,089.—POSTAL TELEGRAPH CABLE CO., APPELLANT, v. JOSEPH P. DONOVAN ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County.*

Decided May 6, 1918.

PER CURIAM.—Upon motion of the appellant herein the appeal in the above-entitled cause is hereby dismissed.

*Mr. J. A. Poore,* for Appellant.

---

No. 3,920.—STATE, RESPONDENT, v. ERNEST GUIDETTE, APPELLANT.

*Appeal from District Court, Richland County; C. C. Hurley, Judge.*

Decided May 31, 1918.

PER CURIAM.—Upon motion of the appellant herein and for good cause shown, the appeal in the above-entitled cause is this day dismissed.

*Mr. R. O. Lunke* and *Mr. Henri J. Haskell,* for Appellant.

*Mr. Jos. B. Poindexter,* Attorney General, for the State.